PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP PATEL, CSBN 242284
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8981
    Facsimile: (415) 744-0134
    E-Mail: Sundeep.Patel@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT LEE MOORE, | Case No.: 2:16-cv-00875-KJN |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Parties' Stipulation for Extension of Time, IT IS HEREBY ORDERED that Defendant has until May 9, 2017, to submit her response to Plaintiff's Motion for Summary Judgment. All other dates in the Scheduling Order shall be extended accordingly.

Dated: April 19, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[PROPOSED] ORDER; Case No.: 2:16-cv-00875-KJN